United States Magistrate Judge J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRIN J. MCGEE, | ) |
| | ) CIVIL NO. C08-5237-RBL-JKA |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE OPENING BRIEF |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before August 29, 2008, Defendant's Answering Brief shall be filed on or before September 26, 2008, and Plaintiff's Reply Brief shall be filed on or before October 10, 2008.

DATED this 18th day of August, 2008.

**/s/ J. Kelley Arnold**
J. Kelley Arnold
United States Magistrate Judge

Presented by:
S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF-
[C08-5237-RBL-JKA] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

1 | Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF-
[C08-5237-RBL-JKA] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226