UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRIN J. MCGEE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

Case No. C08-5237RBL

ORDER GRANTING MOTION TO SUBSTITUTE

The matter comes before the court on plaintiff's motion to substitute Lisa McGee as Plaintiff in this matter (Doc. 17). The court, having reviewed the motion and the remaining record, finds and ORDERS the following:

(1) The motion was filed on November 18, 2008. Plaintiff's attorney states he was informed by Lisa McGee that Mr. Darrin McGee died on November 1, 2008. Lisa McGee is Plaintiff's surviving spouse.

(2) Defendant has not filed any opposition or response to the motion.

(3) The motion to is **GRANTED**. Lisa McGee will be substituted as Plaintiff in this matter.

Dated this 5th day of January, 2009.

                    */s/ J. Kelley Arnold*
                    J. Kelley Arnold
                    United States Magistrate Judge